# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Juan Carlos Lopez Lopez,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-05149-PHX-SHD

**ORDER**

On July 22, 2026, Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.)  The Court ordered Respondent to respond to the Petition.  (Doc. 4.)  Respondents' response stated: "Respondents do not oppose the request for a bond hearing pursuant to 8 U.S.C. 1226(a)."  (Doc. 7.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus Petition in part and granting a bond hearing.  Petitioner's Reply affirms the request of Petitioner that a bond hearing be set. (Doc. 8.)  Accordingly,

**IT IS ORDERED:**

(1)     Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** in part as described herein.  The remainder of the Petition is denied.

(2)     Respondents must provide Petitioner a bond redetermination hearing within **seven (7) days** or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

(3)     Respondents must provide a notice of compliance within **three days** of

releasing Petitioner or providing Petitioner a bond hearing.

(4)     Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 29th day of July, 2026.

Honorable Sharad H. Desai
United States District Judge